DEFENDANT'S STATEMENT CONCERNING UNDOCUMENTED ALIENS

You have been arrested for the crime of alien smuggling. Approximately ____ undocumented aliens were arrested or detained with you. These undocumented aliens may have information about the events leading to your arrest and/or your role in alien smuggling. If they have information favorable to you, they could testify for you at your trial. If they have information unfavorable to you, they could testify against you at your trial.

The United States Government has the obligation to promptly deport or remove from the United States these undocumented aliens upon a good-faith determination that they possess no evidence favorable to you. If any of these undocumented aliens is deported or removed from the United States, he/she cannot be compelled to return.

We are offering you the opportunity, if you wish, to identify any of the undocumented aliens who you think may have information favorable to you. If you do not identify anyone now, the undocumented aliens may be deported or removed from the United States, and you and your lawyer may not be able to interview them or compel them to return to the United States to testify for you at your trial.

Do you understand all of the above? Yes _____    No _____

Do you think that any of the undocumented aliens arrested or detained with you has any information favorable to you? Yes _____    No _____. If so, please identify that person, by name, description, or other indication:

_____

_____

                                        _____
                                        Defendant's Signature

_____
Witness

_____
Witness

Date: _____    Time: _____